IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HERBERT E. FRANKUM,          )
          )
      Plaintiff,        )
          )
v.           )      CIVIL ACTION NO. 08-0373-CG-N
          )
RENATTA CHAPMAN, et al.,     )
          )
      Defendants.     )

REPORT AND RECOMMENDATION

Plaintiff has filed a Motion for Default Judgment as to Zanetta Pugh (doc. 51) and

defendant Zanetta Pugh has filed an Answer (doc. 53) and Motion to Set Aside Entry of Default

(doc. 54). This matter has been referred to the undersigned pursuant to 28 U.S.C. § 636 and

Local Rule 72.2(c)(4).

Defendant Pugh provides an affidavit (doc. 56, ex. 1) stating that, when she received the

copy of the summons and complaint, she turned them over to her supervisor, as was the

procedure used at the jail; she states that she presumed that the matter was being handled by an

attorney hired by the County's insurance carrier, as it had been in other cases. It appears from a

review of the docket that, because she did not file an Answer or otherwise appear in this action,

most subsequent filings were not automatically served upon her.

The undersigned finds that defendant Pugh has demonstrated "good cause" for her failure

to Answer or defend this action. *See* Fed.R.Civ.P. 55(c) ("The court may set aside an entry of

default for good cause, ….") As an entry of default (doc. 45) was made by the Clerk on

February 16, 2011, as no significant action has been taken since that date, and as the other

remaining defendant, Renatta Chapman, has filed an Answer (doc. 52), causing plaintiff to

litigate this action against at least one defendant, the court is of the opinion that plaintiff will not

be prejudiced by the setting aside of the entry of default. In light of this determination,

plaintiff's Motion for Default Judgment (doc. 51) against this defendant is de to be denied.

Accordingly, it is hereby ORDERED that plaintiff's Motion for Default Judgment is

DENIED, and defendant Pugh's Motion to Set Aside Entry of Default is GRANTED. A separate

scheduling order shall issue.

DONE this the 12th day of September, 2011.

/s/   Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE