IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HERBERT FRANKUM, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-0373-CG-N |
| RENETTA CHAPMAN, et al, | : | |
| Defendants. | : | |

ORDER

Plaintiff notified the Court of a change in his address by letter filed on August 5, 2010 (doc. 41) indicating that plaintiff is no longer incarcerated.[1]  On January 19, 2011 the undersigned entered an order (doc. 42) advising plaintiff that because he filed this action while he was a prisoner he remained obligated to the pay the entire $350.00 filing fee in this action.  See Morrow v. Freeman, 2010 WL 1692209, *1 (S.D. 2010) (unpublished) (citing Gay v. Texas Dep't of Corrs. State Jail Div., 117 F.3d 240, 242 (5th Cir. 1997); 28 U.S.C. § 1915(b)(1)).  Plaintiff was ordered to pay the remainder of the filing fee or submit a new motion to proceed *in forma pauperis*  so the Court could set a payment schedule.  On January 27, 2011 plaintiff filed a new IFP motion (doc. 43) which was endorsed granted on February 16, 2011.  (Doc. 44)

Before the Court can set a payment schedule for the remainder of the filing fee, for which plaintiff remains obligated, additional information is required.  Plaintiff is ORDERED to supplement his motion to proceed without prepayment of fees by **July 23, 2012**.  Plaintiff must include information that explains how Plaintiff is providing for life's basic necessities. To the

---

[1] On March 3, 2011 plaintiff notified the court of another change of address (doc. 46). Both documents 41 and 46 reflect "free world" addresses.

extent that Plaintiff is receiving assistance in meeting such necessities, Plaintiff is **DIRECTED** to detail the amount of such assistance and provide the name of the individual or entity providing such assistance.  Upon review of the supplementation, the Court will review it and establish an appropriate payment schedule for payment of the remaining $330.32 filing fee.[2] <u>The failure to timely make a scheduled payment will result in the dismissal of this action without further notice.</u>

      Plaintiff is **STRONGLY CAUTIONED** that the failure to comply with this Order within the prescribed time will result in a recommendation that this action be dismissed for failure to prosecute and to obey the Court's Order.

      DONE this 2nd day of July, 2012.

                                            s/KATHERINE P. NELSON
                                            UNITED STATES MAGISTRATE JUDGE

---

[2] In the alternative, plaintiff may submit the entire remainder of the filing fee of $330.32 by **July 23, 2012.**