IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HERBERT FRANKUM,** | : |
| Plaintiff, | : |
| | CIVIL ACTION 08-0373-CG-N |
| v. | : |
| **RENATA CHAPMAN, et al.,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. ' 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to pay the filing fee and for failure to comply with the order of this court.

**DONE and ORDERED** this 28th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE