IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HERBERT FRANKUM,** | : |
| Plaintiff, | : |
| | :     CIVIL ACTION 08-0373-CG-N |
| v. | : |
| **RENATA CHAPMNA, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to pay the filing fee and for failure to comply with the order of this court.

**DONE and ORDERED** this 28th day of August, 2012.

                                                                 /s/  Callie V. S. Granade
                                                                  UNITED STATES DISTRICT JUDGE